FILED ___ RECEIVED
___ ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

OCT 26 2011

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:___ DEPUTY

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 2:10-CR-310-KJD (PAL) |
| ) | |
| SCOTT HILLMAN, ) | |
| ) | |
| Defendant. ) | |

**ORDER OF FORFEITURE**

This Court found on August 24, 2010, that SCOTT HILLMAN shall pay a criminal forfeiture money judgment of $50,000.00 in United States Currency, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 982(a)(2)(A); and Title 21, United States Code, Section 853(p). Docket #10, #12, #13.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from SCOTT HILLMAN a criminal forfeiture money judgment in the amount of $50,000.00 in United States Currency pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B);Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 982(a)(2)(A); and Title 21, United States Code, Section 853(p).

DATED this 26th day of October, 2011.

_____
UNITED STATES DISTRICT JUDGE